USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Kevin Natrella,

                Plaintiff,

-against-

Commissioner of Social Security,
                Defendant.
------------------------------------------------------------------X

19 CIVIL 1237 (SDA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 3, 2020, Plaintiff's motion for judgment on the pleadings is DENIED and the Commissioner's cross-motion is GRANTED.

**Dated:** New York, New York
        March 4, 2020

                                          **RUBY J. KRAJICK**

                                           Clerk of Court

                BY:

                                           **Deputy Clerk**